IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK COLLINS, INC.,
    Plaintiff,

vs.                              Case No. 3:12cv339/MCR/CJK

DOES 1-5,
    Defendants.

## REPORT AND RECOMMENDATION

This civil rights case is before the court upon plaintiff's motions for voluntary dismissal (docs. 15, 16). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion for voluntary dismissal (doc. 15) be GRANTED.

2. That this cause be DISMISSED WITH PREJUDICE as to DOE 2.

3. That plaintiff's motion for voluntary dismissal (doc. 16) be GRANTED.

4. That this cause be DISMISSED WITHOUT PREJUDICE as to DOES 1, 3, 4, and 5.

5. That the clerk be directed to close the file.

At Pensacola, Florida, this 17th day of December, 2012.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).