# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**PATRICK COLLINS, INC.,**

    **Plaintiff,**

v.                        **CASE NO. 3:12-cv-339-MW/CJK**

**DOES 1 – 5,**

    **Defendants.**

*****************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 17, filed December 17, 2012. The Court notes Plaintiff filed his Notice of Voluntary Dismissal and Final Status Report, ECF No. 16, on December 8, 2012, dismissing without prejudice Doe defendants 1, 3, 4, and 5. Plaintiff has dismissed Doe 2 with prejudice in his Fed. R. Civ. P. 41(a) dismissal, ECF No. 15, filed December 8, 2012. Upon consideration

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk must enter judgment stating, "The claim against Defendant John Doe 2 is dismissed with prejudice. The claims against

Defendants Doe 1, 3, 4 and 5 are dismissed without prejudice." The Clerk must close the file.

SO ORDERED on January 14, 2013.

s/Mark E. Walker	
United States District Judge